IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RON TEASLEY | ) |
| | ) |
| v. | ) NO. 3-11-0484 |
| | ) JUDGE CAMPBELL |
| CORRECTIONAL MEDICAL | ) |
| SERVICES, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 71), to which no Objections have been filed. Plaintiff failed to file a Response to Defendants' Motions to Dismiss (Docket Nos. 40, 43 and 66). Failure to file a timely response indicates there is no opposition to the Motion. Local Rule 7.01(b).

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, for the reasons explained in the Report and Recommendation, Defendants' Motions to Dismiss (Docket Nos. 40, 43 and 66) are GRANTED, and Plaintiff's claims against all Defendants except Defendant Adelman are DISMISSED.

The case is referred back to the Magistrate Judge in accordance with the Court's prior Order (Docket No. 3) and is set for trial by contemporaneous Order.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE