IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RON TEASLEY | ) |
| | ) |
| v. | ) NO. 3-11-0484 |
| | ) JUDGE CAMPBELL |
| CORRECTIONAL MEDICAL | ) |
| SERVICES, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 85), to which no Objections have been filed.

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, this action is DISMISSED for failure to exhaust administrative remedies and failure to obey Court Orders.

Any pending Motions are denied as moot, and the Clerk is directed to close the file. The pretrial conference set for December 28, 2012, and the jury trial set for January 8, 2013, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE